**Order entered February 3, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-01054-CV

## IN RE: ESTATE OF THOMAS TAIT KELLAM, DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-19-02632-2**

## ORDER

Before the Court is appellant's February 2, 2023 unopposed second motion for an extension of time to file its opening brief. We **GRANT** the motion and extend the time to **March 6, 2023**. We caution appellant that further extension requests will be disfavored.

/s/ KEN MOLBERG
   JUSTICE